THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,       :
                                :  3:21-CR-353
          v.                    :  (JUDGE MARIANI)
                                :
JOHN VINCENT WATSON,            :
                                :
          Defendant.            :

## ORDER

**AND NOW, THIS 14th DAY OF OCTOBER 2022,** upon consideration of Defendant John Vincent Watson's "Motion to Suppress Evidence Obtained in Violation of the Fourth Amendment to the United States Constitution" (Doc. 24) and all relevant documents, **IT IS HEREBY ORDERED THAT** Defendant's Motion is **DENIED.**

Robert D. Mariani
United States District Judge