THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : 3:21-CR-353 |
| | : (JUDGE MARIANI) |
| JOHN VINCENT WATSON, | : |
| | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 5TH DAY OF FEBRUARY 2025**, upon consideration of Defendant John Vincent Watson's Motion for Hearing/New Trial Under Federal Rule of Criminal Procedure 33 (Doc. 163) and all relevant documents, for the reasons set forth in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT** the Motion for Hearing/New Trial Under Federal Rule of Criminal Procedure 33 (Doc. 163) is **DENIED**.

_____
Robert D. Mariani
United States District Judge